1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5726
    Fax:  (415) 703-5843
8   Email:  Michael.Quinn@doj.ca.gov

9  Attorneys for Defendants Horel, Yax, Barnts, Puente,
   Carrier, Barneburg, Castellaw, Ruff, and Silva
10

11                    IN THE UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14
   | MANUEL ZARATE, | Case No. _____ |
15 | | |
   | Plaintiff, | (Del Norte County Superior |
16 | | Court, Case No. CVUJ 07-1532) |
   | v. | |
17 | | **DEMAND FOR JURY TRIAL** |
   | J. TILTON, et al., | |
18 | | |
   | Defendants. | |
19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Demand for Jury Trial                                    M. Zarate v. Tilton, et al.

1    Defendants Horel, Yax, Barnts, Puente, Carrier, Barneburg, Castellaw, Ruff, and Silva

2  demand trial by jury in this case.

3    Dated:  August 13, 2008

4    Respectfully submitted,

5    EDMUND G. BROWN JR.

6    Attorney General of the State of California

     DAVID S. CHANEY
7    Chief Assistant Attorney General

8    ROCHELLE C. EAST
     Acting Senior Assistant Attorney General

9    JONATHAN L. WOLFF,
     Supervising Deputy Attorney General
10

11

12   *(signature)*
     _____
13   MICHAEL J. QUINN
     Deputy Attorney General
14   Attorneys for Defendants Horel, Yax, Barnts, Puente, Carrier,
     Barneburg, Castellaw, Ruff, and Silva

15

16   20126092.wpd
     SF2008200266
17

18

19

20

21

22

23

24

25

26

27

28

Demand for Jury Trial                                          M. Zarate v. Tilton, et al.

1