1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Acting Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7 | Telephone:  (415) 703-5726
Fax:  (415) 703-5843
8 | Email:  Michael.Quinn@doj.ca.gov

9 | Attorneys for Defendants Horel, Yax, Barnts, Puente,
Carrier, Barneburg, Castellaw, Ruff, and Silva

10

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | **MANUEL ZARATE,**

| | Case No. _____ |

16 | | Plaintiff, | (Del Norte County Superior Court, Case No. CVUJ 07-1532) |

17 | v. |

18 | **J. TILTON, et al.,** | **DEFENDANTS' NOTICE OF MOTION AND MOTION THAT THE COURT SCREEN PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915A; WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g)** |

19 | | Defendants. |

20

21 | TO PLAINTIFF MANUEL ZARATE, pro se:

22 | PLEASE TAKE NOTICE that Defendants Horel, Yax, Barnts, Puente, Carrier, Barneburg,

23 | Castellaw, Ruff, and Silva (Defendants) request that this Court screen the Complaint under 28

24 | U.S.C. § 1915A, and that Defendants waive their right to reply to the Complaint under 42 U.S.C.

25 | § 1997e(g).

26 | **A.  Background**

27 | Defendants removed this case from the Superior Court of California, County of Del Norte,

28 | to this Court under 28 U.S.C. § 1441(b) on July 24, 2008.  Defendants must respond to Plaintiff's

Defs.' Not. Mot. & Mot. Screen Compl. & Waiver of Reply          M. Zarate v. Tilton, et al.

1  Complaint within five days of filing their petition for removal. Fed. R. Civ. P. 81(c). However,

2  Defendants waive their right to reply so that the Court may screen the Complaint under 28 U.S.C.

3  1915A.

4      **B.    Defendants Request that the Court Screen Plaintiff's Complaint Under 28 U.S.C.
       1915A.**

5

6      Under 28 U.S.C. § 1915A, "[t]he court shall review, before docketing, if feasible, or in any

7  event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner

8  seeks redress from a governmental entity or officer or employee of a governmental entity." Upon

9  such review, the court shall identify cognizable claims or dismiss any or all portions of the

10  complaint if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may

11  be granted." 28 U.S.C. § 1915A(b).

12      Thus, Defendants request that the Court screen Plaintiff's Complaint and dismiss those

13  claims and defendants, if any, that the Court believes should be dismissed.

14      **C.    Defendants Waive Their Right to Reply to Plaintiff's Complaint.**

15      Defendants waive their right to reply to Plaintiff's Complaint. Under 42 U.S.C. § 1997e(g),

16  "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any

17  jail, prison, or other correctional facility under . . . Federal law. Notwithstanding any other law

18  or rule of procedure, such a waiver shall not constitute an admission of the allegations contained

19  in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed."

20  However, "the Court may require any defendant to reply to a complaint brought under this

21  section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42

22  U.S.C. § 1997e(g)(2).

23      Assuming that the Court does not dismiss the Complaint in its entirety, Defendants request

24  that the Court allow 60 days from the date of the Court's order for Defendants to file their

25  responsive pleading. If additional defendants are ordered to be served, Defendants respectfully

26  request that, in the interest of judicial efficiency and the efficiency of the parties, the Court set

27  one responsive pleading date sixty days after the final defendant has been served.

28  / / /

Defs.' Not. Mot. & Mot. Screen Compl. & Waiver of Reply                    M. Zarate v. Tilton, et al.

**D.  Conclusion**

Defendants respectfully request that the Court screen Plaintiff's Complaint under 28 U.S.C. § 1915A.  Furthermore, in order to allow the Court sufficient time to complete a screening, Defendants waive their right to reply to Plaintiff's Complaint under 42 U.S.C. § 1997e(g).

Dated:  August 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General


MICHAEL J. QUINN
Deputy Attorney General
Attorneys for Defendants Horel, Yax, Barnts, Puente, Carrier, Barneburg, Castellaw, Ruff, and Silva

20126097.wpd
SF2008200266

Defs.' Not. Mot. & Mot. Screen Compl. & Waiver of Reply                    M. Zarate v. Tilton, et al.

3