1  MANUEL ZARATE C78553
2  P.O. BOX 7500 W2-205
3  CRESCENT CITY, CA. 95532
4
5  PLAINTIFF, PRO SE
6
7
8       IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11  MANUEL ZARATE,                CASE NO. CV08 03896-SI (PR)
12                PLAINTIFF       (DEL NORTE COUNTY SUPERIOR COURT,
13       VS.                      CASE NO. CVUJ 07-1632)
14  JAMES TILTON, et. al.,        PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
                                  TO SCREEN COMPLAINT UNDER 28 USC §
15              DEFENDANTS        1915A; AND WAIVER OF REPLY UNDER 42
16                                USC § 1997e (g)
17
18  TO THE DISTRICT COURT AND DEFENDANTS:
19       1. PLAINTIFF, VIA THIS MOTION, BRINGS TO THIS HONORABLE COURT'S ATTENTION THAT HE
20  OPPOSES DEFENDANTS OMITTING FROM THEIR NOTICE OF REMOVAL UNDER 28 USC § 1441(B)
21  A FEDERAL CLAIM, RAISED IN THIS ACTION, NAMELY, EX POST FACTO VIOLATION UNDER ARTICLE
22  I CLAUSE 9 OF THE FEDERAL CONSTITUTION.
23       2. PLAINTIFF, IN HIS COMPLAINT, MAKES REFERENCE TO THE CLAIM OF EX POST
24  FACTO VIOLATION: IN THE FACTUAL SUMMARY (¶23); STATEMENT OF FACTS (¶¶30-32, 34,
25  35, 39); AND FEDERAL CLAIMS (¶52, 55).
26       3. IN DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(B), THROUGH
27  THEIR INADVERTENCE, FAILED TO INCLUDE PLAINTIFF'S FEDERAL CLAIM OF EX POST FACTO
28  VIOLATIONS (¶1.), PURSUANT TO ARTICLE I CLAUSE 9 OF THE FEDERAL CONSTITUTION.

1. PLAINTIFF ASSERTS THAT THIS OMITTED FEDERAL CLAIM GOES TO THE CORE OF HIS COMPLAINT.

4. AS TO DEFENDANTS' SCREENING MOTION UNDER 28 USC § 1915 PLAINTIFF ASSERTS THAT THIS HONORABLE COURT WHEN CONDUCTING THE SCREENING OF COMPLAINT, SHOULD ALSO CONSIDER THE FEDERAL CLAIM OF ARTICLE 1 CLAUSE 9, THE EX POST FACTO VIOLATION, OMITTED BY DEFENDANTS IN THEIR NOTICE OF REMOVAL.

5. PLAINTIFF ASSERTS GRANTING DEFENDANTS A WAIVER OF REPLY UNDER 42 USC § 1997e(g) IS NOT WARRANTED. ON THE BASIS THAT THE VERY NATURE OF DEFENDANTS' NOTICE OF REMOVAL FROM STATE TO FEDERAL JURISDICTION THE CONSTITUTIONAL CLAIMS PURPOSES DEFENDANTS' ACKNOWLEDGEMENT THAT SAID FEDERAL CLAIMS CONTAINED IN PLAINTIFF'S REMOVED STATE TORT ACTION ARE NOT FRIVOLOUS WITHIN THE MEANING OF 28 USC § 1915 (e)(2), (B)(i-ii).

6. PLAINTIFF'S FEDERAL CONSTITUTIONAL CLAIMS ARE CLEAR, CONCISE AND FOUNDED ON FEDERAL FACTUAL LAW. TO THE POINT THAT PLAINTIFF HAS A REASONABLE OPPORTUNITY TO PREVAIL ON THE MERITS OF FEDERAL CLAIMS. THUS, DEFENDANTS SHOULD BE REQUIRED TO REPLY TO THE COMPLAINT PURSUANT TO 42 USC § 1997e(g)(2)

## Conclusion

FOR THE AFOREMENTIONED REASONS THIS COURT SHOULD IN ITS SCREENING PROCESS INCLUDE THE FEDERAL EX POST FACTO CLAIM OMITTED BY DEFENDANTS. AND ORDER THAT DEFENDANTS REPLY TO THE COMPLAINT PURSUANT TO 42 USC § 1997e(g)(2).

## Verification

I, MANUEL ZARATE, PLAINTIFF IN THIS ACTION DO HEREBY STATE THAT I HAVE READ THE AFOREMENTIONED CONTENTS AND STATE THEM TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. AND THIS I DO DECLARE UNDER THE PENALTY OF PERJURY, EXECUTED THIS DAY AT PELICAN BAY STATE PRISON, CRESCENT CITY, CA.

DATED August 21, 2008 /s/ Manuel Zarate
PLAINTIFF / PRO SE

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _MANUEL ZARATE_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _21_ day of _AUGUST_, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served)

_PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO SCREEN COMPLAINT UNDER 28 USC § 1915A; AND WAIVER OF REPLY UNDER 42 USC § 1997e(g)_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_DEPUTY ATTORNEY GENERAL_
_455 GOLDEN GATE AVE. STE 11000_
_SAN FRANCISCO, CA._
_94102-7004_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _21_ day of _AUGUST_, 20_08_.

Signed: _Manuel Zarate_
(Declarant Signature)

Rev. 12/06

MANUEL ZARATE C75653
P.O. Box 7500 C02-205
Crescent City, CA. 95532

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA.
94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.42⁰
AUG 27 2008
PITNEY BOWES
UNITED STATES POSTAGE

9410283661 0004

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-2

8-21-08

PBSP
INDIGENT ENVELOPES